IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CR-254-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| RAEQUON MARSHALL WALDEN, ) | |
| ) | |
| Defendant. ) | |

The court DENIES defendant's pro se motion to suppress [D.E. 39]. Defendant is represented by counsel.

SO ORDERED. This 27 day of January, 2026.

JAMES C. DEVER III
United States District Judge