IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CR-254-D

UNITED STATES OF AMERICA )
)
v. )
)
RAEQUON MARSHALL WALDEN, )                    **ORDER**
)
)
Defendant.

The court GRANTS defendant's request for new counsel [D.E. 53]. The Federal Public

Defender SHALL appoint a new attorney to represent defendant.

SO ORDERED. This 23 day of March, 2026.

JAMES C. DEVER III
United States District Judge